IN THE SUPREME COURT OF THE STATE OF NEVADA

NATHAN BABBITT,
               Appellant,
    vs.
MARGARET MARTINEZ,
               Respondent.

No. 80970

FILED

SEP 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a judgment in a matter involving the custody of a minor child. Eighth Judicial District Court, Clark County; Gerald W. Hardcastle, Judge; Eighth Judicial District Court, Clark County; David S. Gibson, Jr., Judge.

On May 29, 2020, this court issued a notice directing appellant to file a transcript request form on or before June 12, 2020, a docketing statement on or before June 19, 2020, and a child custody fast track statement on or before July 8, 2020. When appellant failed to file these documents, this court issued an order on August 4, 2020, directing him to file these documents on or before August 18, 2020. The order cautioned appellant that failure to comply could result in the dismissal of this appeal. Appellant filed a docketing statement on August 4, 2020, but has failed to file a transcript request form or child custody fast track statement, and has

20-34298

otherwise failed to communicate with this court. As it appears that appellant has abandoned this appeal, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                                          Cadish

cc:    Hon. David S. Gibson, Jr., District Judge
       Chief Judge, The Eighth Judicial District Court
       Hon. Gerald W. Hardcastle, Senior Judge
       Nathan Babbitt
       Margaret Martinez
       Eighth District Court Clerk